# Doran & Doran, P.C.
Attorneys at Law

69 Public Square, Suite 700
Wilkes-Barre, PA 18701-2588
Telephone: 570-823-9111
Fax: 570-829-3222
www.dorananddoran.com

John H. Doran, Esquire
jdoran@dorananddoran.com
Lisa M. Doran, Esquire
ldoran@dorananddoran.com

Wm. N. Reynolds (1847-1936)
Wm. N. Reynolds, Jr. 1874-1957)
Robert J. Doran (1895-1962)

November 2, 2017

Clerk of the Bankruptcy Court
U. S. Bankruptcy Court
Max Rosenn Federal Courthouse
197 South Main Street
Wilkes Barre, PA 18701

RE:  Robert Randolph Shook  5-17-bk-04255JJT

Dear Clerk:

    Will you please change the address for my client Robert Randolph Shook. Please correct his address to:

**Robert Randolph Shook**
**210 Valley Heights Drive**
**Williamsport, PA 17701-2675**

Yours truly,

*Lisa M. Doran/md*

LISA M. DORAN

LMD/md