```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 17-04255-JJT
Robert Randolph Shook                                             Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0314-4           User: admin                  Page 1 of 1                  Date Rcvd: Feb 09, 2018
                               Form ID: 318                 Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db             Robert Randolph Shook,    210 Valley Heights Drive,    Williamsport, PA  17701-2675
4979588        #5 Star Bank,    2851 Clover St,    Pittsford, NY  14534-1711
4979587        ++++DORAN & DORAN PC,    67-69 PUBLIC SQ STE 700,    WILKES BARRE PA  18701-2515
               (address filed with court:  Doran & Doran PC,    69 Public Sq Ste 700,
                 Wilkes-Barre, PA  18701-2588)
4979593        +Susquehanna Health,    Billing Department,    1205 Grampian Blvd,    Williamsport, PA 17701-1971
4979595         TD Retain Card Services,    PO Box 731,    Mahwah, NJ  07430-0731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4979589        EDI: CHASE.COM Feb 09 2018 19:13:00      Chase Bank One Card Services,    PO Box 15298,
                 Wilmington, DE  19850-5298
4979590        EDI: CITICORP.COM Feb 09 2018 19:13:00      Citicards CBNA,    PO Box 6241,
                 Sioux Falls, SD  57117-6241
4979591        EDI: DISCOVER.COM Feb 09 2018 19:13:00      Discover Card,    PO Box 15316,
                 Wilmington, DE  19850-5316
4979592        E-mail/Text: bankruptcyteam@quickenloans.com Feb 09 2018 19:15:27      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI  48226-1906
4979594        EDI: RMSC.COM Feb 09 2018 19:13:00      Synchrony Bank/Amazon PLCC,    PO Box 965015,
                 Orlando, FL  32896-5015
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4979586*       Robert Randolph Shook,    210 Valley Heights Drive,    Williamsport, PA  17701-2675
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
          Lisa M. Doran    on behalf of Debtor 1 Robert Randolph Shook ldoran@dorananddoran.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | **Robert Randolph Shook** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–3819** <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **4:17–bk–04255–JJT**

## Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Robert Randolph Shook
   aka Robert R Shook

**By the court:**

_February 9, 2018_

Honorable John J. Thomas
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**